## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| A.B., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CV426 |
| | ) | |
| MILLARD PUBLIC SCHOOL DISTRICT, | ) | PROTECTIVE ORDER |
| A Nebraska Political Subdivision, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the terms of the parties' Stipulated Discovery and Protective Order (Doc. 23) are hereby adopted by the court and shall become effective immediately.

**DATED January 30, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**